**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Justin J. HERRING, Defendant–
Appellant.**

No. 12–16375
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 23, 2013.

Peggy Morris Ronca, Nicole M. Andrejko, Karen L. Gable, U.S. Attorney's Office, Orlando, FL, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Justin J. Herring, FCI Williamsburg, Salters, SC, for Defendant–Appellant.

Before HULL, JORDAN and BLACK, Circuit Judges.

BY THE COURT:

Robert Godfrey, counsel for Justin Herring in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Herring's conviction and sentence are **AFFIRMED.**